UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LAURA JEAN EHMER,**

      **Plaintiff,**

v.                                          Case No:   6:18-cv-100-Orl-22TBS

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's appeal from the Commissioner of Social Security's final decision to deny her applications for disability insurance benefits and supplemental security income.

The United States Magistrate Judge has submitted a report recommending that the final decision be reversed and the case remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 21, 2018 (Doc. No. 19), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Commissioner of Social Security's final decision is hereby REVERSED and the case REMANDED for further proceedings consistent with the findings in the report.

3. The Clerk is directed to enter judgment accordingly and CLOSE the file.

4. Plaintiff is hereby advised that the deadline to file a motion for attorney's fees pursuant to 42 U.S.C. §406(b) shall be thirty (30) days after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded.

5. Plaintiff is directed that upon receipt of such notice, she shall promptly email Mr. Rudy and the OGC attorney who prepared the Commissioner's brief to advise that the notice has been received.

**DONE** and **ORDERED** in Orlando, Florida on December 7, 2018.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record